UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI M. SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | No. CV-11-178-CI<br><br>ORDER GRANTING MOTION<br>FOR REMAND |

Based on the Defendant's unopposed Motion,

**IT IS ORDERED** that this matter be remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Upon remand, the Commissioner will attempt to prepare a complete certified administrative record. If it is unable to do so, an Administrative Law Judge will reconstruct the administrative record and hold another hearing and issue a new decision. This court shall retain jurisdiction over this action pending further administrative development of the record pursuant to 42 U.S.C. § 405(g).

The District Court Executive is directed to provide a copy of this Order to the parties. The court retains jurisdiction. The case shall remain open.

DATED July 28, 2011.

                              S/ CYNTHIA IMBROGNO
                        UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING MOTION FOR REMAND - 1