FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LORI S.,

    Plaintiff,

v.

ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. 2:11-CV-0178-JTR

ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT

**BEFORE THE COURT** is Defendant's motion for the entry of judgment in favor of Plaintiff. ECF No. 16. Attorney Maureen J. Rosette, working at Dana Madsen Law Office at the time, represented Plaintiff; Dana C. Madsen recently filed a notice of appearance of behalf of Plaintiff, *see* ECF No. 17. Special Assistant United States Attorney Jeffrey E. Staples represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7.

On July 19, 2011, this matter was remanded pursuant to sentence six of 42 U.S.C. § 405(g). ECF No. 11. On February 16, 2012, an Administrative Law Judge determined, on remand, that Plaintiff had been disabled since October 2, 2011. *See* ECF No. 16-1. Maureen Rosette and Dana Madsen have each been contacted by the Court and both indicate they have no response or objection to the pending motion. *See* ECF No. 18.

///

ORDER GRANTING STIPULATED MOTION . . . - 1

Based on the foregoing, and considering the file in its entirety, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Judgment, **ECF No. 16**, is **GRANTED**.
2. **Judgment shall be entered for PLAINTIFF and the file shall be CLOSED**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and forward copies to counsel.

DATED June 4, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION . . . - 2